**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:                                                                    Chapter 15

CHINA MEDICAL TECHNOLOGIES, INC.,                Case No: 12-13736 (REG)

　　　　　Debtor in a Foreign Proceeding.
-----------------------------------------------------------X


### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, **MAY 17, 2013**, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.